IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


DAVID COMSTOCK                                                      PLAINTIFF

              v.                    Civil No. 05-2100

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                     DEFENDANT

## JUDGMENT

Now on this 4th day of Aug. 2006, comes on for consideration the Report and

Recommendation dated July 12, 2006, by the Honorable Beverly Stites Jones, United States

Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without

objections being filed by the parties. The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms

the decision of the Commissioner; and dismisses plaintiff's complaint with prejudice.



HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 0 4 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

-1-